JULIE M. MCCOY, Bar No. 129640
LAW OFFICES OF JULIE M. MCCOY
JACQUELYNE M. NGUYEN, Bar No. 249658
1670 SANTA ANA AVE., SUITE K
COSTA MESA, CA 92627
Telephone: (949) 722-0055
Fax:(949) 722-8416

Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>  vs.<br><br>Suzan T. Pouretezadi,<br><br>           Defendant | No. CV 11-01165<br><br><br><br>CONSENT JUDGMENT |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Suzan T. Pouretezadi, in the principal amount of $9,448.39 plus interest accrued to February 4, 2011, in the sum of $9,014.83; with interest accruing thereafter at the daily rate of $1.58 until entry of judgment, for a total amount of **$18,463.22**.

DATED: July 8, 2011        By:  Terry Nafisi
                                          Clerk of the Court

                                          A. Martinez
                                            Deputy Clerk
                                  United States District Court